1  STEVEN G. GATLEY, SB# 155986
      E-Mail: gatley@lbbslaw.com
2  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   221 North Figueroa Street, Suite 1200
3  Los Angeles, California 90012
   Telephone: (213) 250-1800
4  Facsimile: (213) 250-7900

5  Attorneys for Defendants
   Protection One Alarm Monitoring, Inc.,
6  Jon C. Cerino, and Lauri Suchey

7

8                  UNITED STATES DISTRICT COURT

9                SOUTHERN DISTRICT OF CALIFORNIA

10

11
   RICHARD S. CLEMENS, an          ) CASE NO. 09 CV 1424 LCAB
12 individual,,                     )
                                    ) The Hon. M. James Lorenz
13          Plaintiff,              ) Courtroom 14
                                    )
14     v.                           ) **NOTICE OF ERRATA REGARDING
                                    ) NAME OF DEFENDANT**
15 PROTECTION ONE, INC., a          ) **PROTECTION ONE ALARM
   corporation; JON C. CERINO, an   ) MONITORING, INC.**
16 individual; LAURI SUCHEY, an     )
   individual; and DOES 1-10,       )
17                                  ) Action Filed:        June 30, 2009
            Defendants.             ) Trial Date:          TBD
18 ─────────────────────────────────)

19

20      TO THIS HONORABLE COURT, AND TO PLAINTIFF RICHARD S.

21 CLEMENS AND HIS COUNSEL OF RECORD:

22      PLEASE TAKE NOTICE that having filed a Motion to Dismiss for Defendant

23 by the incorrect name of PROTECTION ONE, INC., and having ascertained that the

24 true name of said Defendant to be PROTECTION ONE ALARM MONITORING,

25 INC., hereby amends the Motion to Dismiss by inserting such true name in place and

26 instead of such incorrect name wherever it appears in said Motion to Dismiss and all

27 pleadings and discovery submitted subsequent to the filing of this Defendant's

28 Motion to Dismiss.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1    Defendant PROTECTION ONE ALARM MONITORING, INC. respectfully

2    requests that the correction be effectuated in all records, including the court's files.

3

4    Dated:  August 27, 2009          **LEWIS BRISBOIS BISGAARD & SMITH LLP**

5

6                                     By s/Steven G. Gatley
7                                         Attorneys for Defendants
                                         Protection One, Inc.,
8                                         Jon C. Cerino, and Lauri Suchey
                                         E-Mail:  gatley@lbbslaw.com
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4812-3736-6020.1                      -2-
                        NOTICE OF ERRATA REGARDING NAME OF
                  DEFENDANT PROTECTION ONE ALARM MONITORING, INC.

1

**FEDERAL COURT PROOF OF SERVICE**
*Richard Clemens v. Protection One, et al.*

2

USDC Southern District - Edward J. Schawartz U.S. Courthouse
(940 Front Street, San Diego, CA 92101-8900)

3

Hon. M. James Lorenz - Courtroom 14th
Client/Matter: 26026-51

4

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

5

6    At the time of service, I was over 18 years of age and not a party to the action. My business address is 221 North Figueroa Street, Suite 1200, Los Angeles,

7    California 90012. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

8    On **August 28, 2009**, I served the following document described as **NOTICE OF ERRATA REGARDING NAME OF DEFENDANT PROTECTION ONE**

9    **ALARM MONITORING, INC.** on the following interested party at the following addresses:

10

*Attorneys for Plaintiff*

11   Law Offices of John H. Carmichael
John H. Carmichael, Esq.

12   269 South Beverly Drive, Suite 395
Beverly Hills, California 90212

13   Telephone: (310) 345-2525

14   Email: jhclaw@gmail.com

15

BY MAIL

16   (C.C.P. 1013a, 2015.5)

17   I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited

18   with the U.S. Postal Service on this date with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of

19   the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

20

21   **BY COURT'S CM/ECF SYSTEM**

22   Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the

23   persons listed above.

24   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

25   Executed on **August 28, 2009**, at Los Angeles, California.

26

27

28

Norma Chanes

**LEWIS**
**BRISBOIS**
**BISGAARD**
**& SMITH LLP**

4853-2104-5508.1